7-5-25

Dear Sir or Madam's 7:25-cv-76-O

They did not use the chest plate cameras entill 3 or 4 days after I wrote you about it.

After I wrote you about being moved from the Unit were I was raped Mis. Kathren Rushing told me with a voice of tone as if she were scard for me to tail you all and the unit were I am now.

Then After I've gotten your mail ~~finnall~~ finally as if your mail got these pepole in the Unit of P.E. Smith have started to do everything Right with me. Yet, the place is still most up. They have an inmate with the ABC tattood. The ABC may Be a code for the ~~pens~~ persons who rape inmates. Being a psych patiant with only the chance of remembering only bad thing that has happend to you is a bad thing. I've talked to the PREA program people, yet they just keep

housing me with straight people. I'm scard of straight inmates because being raped in prison and just shipped all around dose not ~~hep~~ help, but mess up a Mental Health and Mental Retardation dose no good only to mess up their head even more. Ever scence I've been here I don't go to sleep till my celly ~~goes~~ gose to sleep first and make ~~sure~~ sure I wake up first. I'm scared to be housed with a person that has to be a straight person. The years these people have to do and all they do is talk about weman and Naked-ness. I've aske for a single cell from feer yet it dose not do any good.

These people are still doing the same thing the last unit did. Nothing but cover there own asses and don't give a damn about Nothing when a person is scard and don't

want to hurt no one." After I've got in tuch with you all the first time, then they try to help me with every thing I already had no problem with. I've been food poisond and been to Middleton Medical Unit twice for the food poisoning and all they do is give me pills and will not give me nothing that was stollen when it was in the property room.

Thats a theft, neglect, not reporting a rape, yet it was the same man to make the recording from the first Rape in East Ham Unit from Richard Harris, and the second Rape from some one I can only say A B C in ~~Ecto~~ Ewing 40 cell botton when I was in Ewing 48 cell. He was the one who Raped me and stuck his thumb in my mouth so

I will not be able to scream too. The first time I bled from my anus and it scard me. To this day I trust NO man in priso if it has not ever happen to them, because they don't know what it feels like. I don't have a name of that person who lived in E 40 Bottum, when I lived in E 48 top. It was a young Hispanic person. I only know by face. He worked in the Genical Kitchen Population.

Who ever you are please Help me. I can't do any thing in here because I don't have any help. You've never had a thumb in your mouth and a dick in your ass. You'll Never Know. Help me pleas.



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION